NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1386

VIZIO, INC. and AMTRAN TECHNOLOGY CO., LTD.,

Appellants,

and

TPV TECHNOLOGY LTD., TPV INTERNATIONAL (USA), INC.,
TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD.,
and ENVISION PERIPHERALS, INC.,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

FUNAI ELECTRIC CO., LTD. and FUNAI CORPORATION,

Intervenors.

On appeal from the United States International Trade Commission in
Investigation No. 337-TA-617.

ON MOTION

ORDER

Funai Electric Co., Ltd. and Funai Corporation move for leave to intervene. Madison C. Jellins, Yitai Hu, and Paul F. Brinkman move for leave to withdraw as counsel to AmTran Technology Co., Ltd.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motions are granted.

(2)    The revised official caption is reflected above.

FOR THE COURT

JUL 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Gregory A. Castanias, Esq.
       Mark A. Samuels, Esq.
       Daniel E. Valencia, Esq.
       Karl J. Kramer, Esq.
       Madison C. Jellins, Esq.
       Yitai Hu, Esq.
       Paul F. Brinkman, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 9 2009

JAN HORBALY
CLERK

2009-1386                                    2